ACCEPTED
01-15-00845-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 4:53:09 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00845-CV

IN THE COURT OF APPEALS

FOR THE FIRST DISTRICT

OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 4:53:09 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE INTEREST OF
## D.L.T., D.L., D.L., T.L., D.W. aka D.T.W., D.W., CHILDREN

## P.L.W., APPELLANT

## VS.

## DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, APPELLEE

ON APPEAL FROM
THE 314TH DISTRICT COURT OF
HARRIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 2014-03436J

## APPELLANT'S UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW DONALD M. CRANE ("appellate counsel"),

appointed attorney ad litem on appeal for Appellant, P.L.W.,

respondent mother, and hereby files this unopposed motion for first extension of time to file appellant's brief, and in support thereof would respectfully show as follows:

## I.

Appellant's parental rights were terminated by a Decree for Termination signed by the Honorable John F. Phillips, Presiding Judge, 314th District Court of Harris County, Texas, and entered September 21, 2015, Cause No. 2014-03436J, styled "*In the Interest of D.L.T., D.L., D.L., T.L., D.W. aka D.T.W., Children;* In the District Court of Harris County, 314th Judicial District."

## II.

Appellant is presumed indigent and may proceed without advance payment of costs as provided by Tex. R. App. P. 20.1(a)(3).

**III.**

This is an accelerated appeal. Appellant's brief is due November 23, 2015.

The undersigned is requesting an extension of time up to and including December 29, 2015, to prepare and file appellant's brief citing the undersigned's desire for additional time to review the record (and any supplementation) in this appeal.

Appellate counsel would show that good cause exists to grant the requested extension of time as he also is preparing the appellant's brief in Cause No. 01-15-00886-CV; styled: *In the Interest of B.J., Jr., B.J., D.L., D.L., Children,* said brief being due November 30, 2015, absent request for a first extension. Further, Appellate counsel also is preparing the appellant's brief in Cause No. 01-15-00862-CV, styled: *In the Interest of T.T.T., T.D.T., Jr., T.T., K.W., K.T., Children,* said brief being due December 2, 2015, absent request for a first extension, as well as the appellant's brief in Cause No. 01-15-00885-CV, styled: *In the Interest of J.A.O., Child,* said brief also being due December 2, 2015, absent request for a first extension.

Additionally, appellate counsel will be making several appearances in the district courts of Harris County, Texas and a single

appearance Monday, November 14 2015, in County Court Number Two, Brazoria County, Texas, on a probate matter.

Finally, this motion to extend time is filed in conformity with Tex. R. App. P. 10.5.

WHEREFORE, PREMISES CONSIDERED, P.L.W., Appellant, prays that the Court grant her unopposed motion for first extension of time to file appellant's brief up to and including December 29, 2015, as set forth above. Appellant prays for general relief.

Respectfully submitted,

**/s/ Donald M. Crane**
Donald M. Crane
810 South Mason Road, Suite 350
Katy, Texas 77450
Telephone (281) 392-6611
Facsimile (281) 392-5383
State Bar No. 05005900

donmcrane@gmail.com

ATTORNEY AD LITEM ON APPEAL FOR APPELLANT P.L.W.

## CERTIFICATE OF CONFERENCE

This motion is unopposed.

**/s/ Donald M. Crane**
Donald M. Crane

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2015, a true and correct copy of the foregoing Appellant's Unopposed Motion for First Extension of Time to File Appellant's Brief was served in accordance with the TRAP.

1.  Dan-Phi V. Nguyen
    Assistant County Attorney
    1019 Congress Avenue, 15th Floor
    Houston, Texas  77002-1700
    (713) 437-4700 fax

2.  Juliane (Juli) Crow
    P.O. Box 10152
    Houston, Texas 77206
    (713) 422-2389 fax

3.  Gary Polland
    2211 Norfolk, Suite 920
    Houston, Texas 77098
    (713) 622-6334 fax

4.      John R. Millard
        1 Sugar Creek Center Boulevard, Suite 925
        Sugar Land, Texas 77478
        1-888-501-6580 fax

5.      Douglas Ray York
        3355 West Alabama Street, Suite 100
        Houston, Texas 77098-1863
        (713) 586-5585 fax

6.      JB Lee Bobbitt
        1533 West Alabama Street, Suite 100
        Houston, Texas 77006
        (281) 476-7816 fax

7.      Michael Francis Craig
        1533 West Alabama Street, Suite 100
        Houston, Texas 77006
        (713) 526-3787 fax


                                        **/s/ Donald M. Crane**
                                        Donald M. Crane